IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00789-BNB

STEVEN McCARY,

      Applicant,

v.

ARI ZAVARAS, and
JOHN SUTHERS, Attorney General of the State of Colorado,

      Respondents.

## ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

Applicant, Steven McCary, is a prisoner in the custody of the Colorado Department of Corrections at the Bent County Correctional Facility in Las Animas, Colorado. Mr. McCary has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the validity of his conviction and sentence in Boulder County District Court case number 06CR1641.

The court must construe the application liberally because Mr. McCary is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. McCary will be ordered to file an amended application if he wishes to pursue his claims in this action.

The court has reviewed the application and finds that it is deficient because Mr. McCary fails to provide a clear statement of the claims he is raising in this action. More

specifically, Mr. McCary fails to provide a clear statement of the factual basis for each of the claims he is asserting in this action. Mr. McCary alleges in his first claim that his attorney conspired with the district attorney to fraudulently conceal numerous reports of favorable exculpatory evidence that would have resulted in an acquittal, but he fails to identify the specific reports to which he is referring and he fails to explain how disclosure of those reports would have resulted in an acquittal. Mr. McCary alleges in his second claim that his Fourteenth Amendment rights were violated when the trial court denied his motion for undisclosed exculpatory evidence, but he again fails to identify the specific exculpatory evidence to which he is referring or even when the trial court allegedly denied his motion for the undisclosed exculpatory evidence. In his third claim, which he labels "Coercion/Duress of Imprisonment/Conspiracy fraud and ineffective assistance of counsel" (Application at 6), Mr. McCary does not assert any facts and merely refers to letters from counsel that may be attached to the application and court transcripts that have not been submitted to the court. The court also notes that the application is confusing because some of the documents attached to the application relate to a different conviction that Mr. McCary is not challenging in this action.

For these reasons, Mr. McCary will be ordered to file an amended application in which he clarifies the claims he is asserting and in which he provides specific factual allegations in support of each asserted claim. Mr. McCary is advised that § 2254 provides a remedy only for violations of the "Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). Pursuant to Rules 2(c)(1) and 2(c)(2) of the Rules Governing Section 2254 Cases in the United States District Courts, Mr. McCary must

"specify all [available] grounds for relief" and he must "state the facts supporting each ground." Furthermore, these habeas corpus rules are more demanding than the rules applicable to ordinary civil actions, which require only notice pleading. *See Mayle v. Felix*, 545 U.S. 644, 655 (2005). Naked allegations of constitutional violations are not cognizable under § 2254. *See Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Accordingly, it is

ORDERED that Mr. McCary file **within thirty (30) days from the date of this order** an amended habeas corpus application that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. McCary, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if Mr. McCary fails within the time allowed to file an amended application as directed, the action will be dismissed without further notice.

DATED April 9, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00789-BNB

Steven Douglas McCary
Prisoner No. 60886
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 4/9/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk